UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRIAN MATTHEW TUCKER, | ) | Case No.: 3:20-CV-00614-RCJ-CLB |
| Plaintiff, | ) ) | ORDER ADOPTING AND ACCEPTING |
| vs. | ) ) ) | REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 5) |
| CARSON CITY SHERIFF'S OFFICE, | ) ) | |
| Defendant. | ) ) | |
| | ) | |

Before the Court is the Report and Recommendation of United States Magistrate Judge Carla L. Baldwin (ECF No. 5[1]) entered on January 13, 2021, recommending that the Court dismiss the case with prejudice.  No objection to the Report and Recommendation has been filled.

This action was referred to Magistrate Judge Baldwin under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

1

**IT IS HEREBY ORDERED** that Magistrate Judge Baldwin's Report and Recommendation (ECF No. 5) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Tucker's Application to Proceed *In Forma Pauperis* (ECF No. 4) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall file Tucker's Complaint (ECF No. 1-1).

**IT IS FURTHER ORDERED** that Tucker's Complaint (ECF No. 1-1) is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close the case.

**IT IS SO ORDERED**.

Dated this 25th day of February, 2021.

_____
ROBERT C. JONES
United States District Judge