# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRIAN MATTHEW TUCKER,

            Plaintiff,

v.

CARSON CITY SHERIFF'S OFFICE,

            Defendant.

3:20-cv-0614-RCJ-CLB

**ORDER**

Plaintiff's motions for discovery (ECF Nos. 10 & 11) are **DENIED**. This case was dismissed with prejudice because plaintiff "stated no claim upon which relief may be granted, and given the vague nature of the allegations, amendment would be futile." (ECF Nos. 5 & 7). This case is closed.

The Clerk shall mail a copy of this order, the report and recommendation (ECF No. 5) and the District Court's order (ECF No. 7) to plaintiff at the following address:

    Brian Matthew Tucker
    Inmate #60598
    Stewart Conservation Camp
    Post Office Box 5005
    Carson City, Nevada  89702

**DATED:** March 25, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**

1